4 A.3d 609

Ali A. LUMUMBA, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA,
Family Division, Respondent.

No. 77 EM 2010.

Supreme Court of Pennsylvania.

Sept. 14, 2010.

## ORDER

PER CURIAM.

AND NOW, this 14th day of September, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**